1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-00168-TLN

12                    Plaintiff,          STIPULATION TO SET STATUS CONFERENCE
                                          AND EXCLUDE TIME UNDER THE SPEEDY
13          v.                            TRIAL ACT; FINDINGS AND ORDER

14 TONY HILL,                             DATE: December 14, 2017
                                          TIME: 9:30 a.m.
15                    Defendant.          COURT: Hon. Troy L. Nunley

16

17                            **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for a hearing on the defendant's motion to suppress

21 on December 14, 2017.

22         2.      The defendant withdrew his motion to suppress on October 26, 2017. ECF No. 16.

23         3.      By this stipulation, the defendant now moves to vacate the motion hearing date and set a

24 status conference for November 16, 2017, at 9:30 a.m., and to exclude time between October 31, 2017,

25 and November 16, 2017, under Local Code T4.

26         4.      The parties agree and stipulate, and request that the Court find the following:

27                 a)      The government has represented that the discovery associated with this case

28         includes multiple police reports and body camera footage. All of this discovery has been either

1    produced directly to counsel and/or made available for inspection and copying.

2           b)      Counsel for defendant desires additional time to conduct investigation and prepare

3    for trial.

4           c)      The government does not object to vacating the hearing date and setting a status

5    conference.

6           d)      Based on the above-stated findings, the ends of justice served by setting the status

7    for November 16, 2017 and excluding time between today and that date as requested outweigh

8    the interest of the public and the defendant in a trial within the original date prescribed by the

9    Speedy Trial Act.

10         e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of October 31, 2017 to November 16,

12    2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13    T4] because it results from the defendant's request and is based on the Court's finding that the

14    ends of justice served by taking such action outweigh the best interest of the public and the

15    defendant in a speedy trial.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: October 31, 2017                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ CAMERON L. DESMOND
                                           CAMERON L. DESMOND
                                           Assistant United States Attorney

Dated: October 31, 2017                     /s/ MATTHEW BOCKMAN
                                            MATTHEW BOCKMAN
                                            Counsel for Defendant
                                            TONY HILL


**FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED this 31st day of October, 2017.




                                           _____
                                           Troy L. Nunley
                                           United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT