HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
TONY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-168 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | Date: May 17, 2018 |
| TONY HILL, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

The parties agree to continue the currently scheduled sentencing date, May 17, 2018 until July 12, 2018 so counsel for the defendant can order and obtain all additional transcripts in San Joaquin Superior Court Case No. SF113591A, defendant's "controlled substance offense" referenced in the Presentence Report on April 26, 2018 at Paragraphs 17 and 31.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

DATED: May 15, 2018                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for TONY HILL

DATED: May 15, 2018                    MCGREGOR W. SCOTT
                                       United States Attorney

                                       */s/ Cameron Desmond*
                                       CAMERON DESMOND
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

## **ORDER**

**IT IS ORDERED** that the May 17, 2018 sentencing hearing shall be continued until July 12, 2018, at 9:30 a.m.

Dated: May 15, 2018

_____
Troy L. Nunley
United States District Judge