UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY HILL,<br><br>    Defendant. | No. 2:17-cr-00168-TLN<br><br>**ORDER** |

This matter is before the Court on Defendant Tony Hill's ("Defendant") Letter (ECF No. 43) and Amended Letter (ECF No. 44) regarding his jail time credits, which the Court construes as motions for correction of his sentence. The Government did not file a response.

On January 4, 2018, Defendant pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (ECF Nos. 23, 24.) On July 19, 2018, the Court sentenced Defendant to an 86-month term of imprisonment to be followed by a 36-month term of supervised release. (ECF No. 36.)

In the instant *pro se* motion, Defendant states that he has concerns about the calculations of his jail time credits and requests the Court correct the matter. (ECF No. 43 at 1.) However, Defendant cites no evidence or authority that would allow the Court to rule on this issue. To the extent Defendant has concerns about the application of his jail time credits, he should raise this issue with the Bureau of Prisons.

1 | Accordingly, the Court hereby DENIES Defendant's motions.  (ECF Nos. 43, 44.)

2 | IT IS SO ORDERED.

3 | **DATED:**  April 5, 2022

Troy L. Nunley
United States District Judge

2