HEATHER E. WILLIAMS, BAR #122664
Federal Defender
MEGHAN D. McLOUGHLIN, # 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
TONY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TONY HILL, <br><br> Defendant. | Case Nos. 2:24-cr-00284-DC <br> 2:17-cr-00168-DC <br><br> [PROPOSED] ORDER TO FILE UNDER SEAL <br><br> Date: March 21, 2025 <br> Time: 9:30 a.m. <br> Judge: Hon. Dena Coggins |

GOOD CAUSE APPEARING, upon application of Defendant Tony Hill, the Court orders that Defendant's Exhibit A to his sentencing memo shall be filed under seal. The aforementioned documents shall be made available to Assistant United States Attorney Raymundo Alex Cardenas and Assistant Federal Defender Meghan McLoughlin.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: March 21, 2025

HON. DENA COGGINS
United States District Judge

1